December 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### GEORGE BUCHANAN, RICHARD METODIEV, CHRISTOPHER TAYLOR, ANTHONY WALDING, AND BIJ MOTORS TX LLC D/B/A MERCEDES-BENZ OF THE WOODLANDS, Appellants

NO. 14-16-00878-CV                      V.

### HOUSTON AUTO M. IMPORTS D/B/A MERCEDES-BENZ OF HOUSTON NORTH, Appellees

_____

Today the Court heard appellants' motion to dismiss the interlocutory appeal from the order denying appellants' motion to compel arbitration signed by the court below on November 3, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, George Buchanan, Richard Metodiev, Christopher Taylor, Anthony Walding, and BIJ Motors TX LLC D/B/A Mercedes-Benz of the Woodlands.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.